[No. 10761-2-III. Division Three. April 2, 1991.]

CHRISTIE PETTIT, *Appellant,* v. FEMINIST WOMEN'S HEALTH CENTER, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 89-2-00660-9, Heather Van Nuys, J.,

entered March 30, 1990. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and Thompson, JJ.